UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEVIN FLOYD,

    Plaintiff,

v.

SABER FITNESS HEGENBERGER, LLC,

    Defendant.

Case No. 24-cv-01278-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 78

We are here on Plaintiff's motion to compel concerning interrogatories ("rogs") 1, 2 and 3. ECF No. 78. Defendant responded at ECF No. 82.

The parties do not agree on what rog 1 asked. According to Plaintiff, it asked: "Can you EXPLAIN the relationship between Planet Fitness – Oakland Hegenberger Rd. and Planet Fitness – San Jose Rd.? Are the Hegenberger Rd. and Saratoga Rd. owned by the same entity?" According to Defendant, it asked Defendant to "EXPLAIN the relationship" Brandon Romero had with "Planet Fitness—Oakland Hegenberger Rd and/or with Planet Fitness—San Jose Saratoga Rd." The parties appear to agree on what rogs 2 and 3 asked.

The Court **ORDERS** the parties to file, no later than April 7, 2025, the interrogatories Plaintiff served on Defendant and Defendant's responses.

**IT IS SO ORDERED.**

Dated: April 3, 2025

THOMAS S. HIXSON
United States Magistrate Judge