1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    MICHAEL DEVIN FLOYD,                    Case No.  24-cv-01278-TSH

8              Plaintiff,

9         v.                                **DISCOVERY ORDER**

                                            Re: Dkt. No. 89
10   SABER FITNESS HEGENBERGER, LLC,

11             Defendant.

12

13        In light of Defendant's amended response to Plaintiff's request for production 1 in set

14   three, ECF No. 96, the Court considers the dispute as to this RFP to be moot.

15        **IT IS SO ORDERED.**

16

17   Dated: April 8, 2025

18   _____
                                          THOMAS S. HIXSON
19                                        United States Magistrate Judge

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California