UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEVIN FLOYD,<br>　　　　Plaintiff,<br>　　v.<br>SABER FITNESS HEGENBERGER, LLC,<br>　　　　Defendant. | Case No. 24-cv-01278-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 99 |

In ECF No. 94, the Court ordered the parties to file a further joint discovery letter brief no later than April 11, 2025, setting forth their views on whether Defendant's amended responses to Plaintiff's interrogatories ("rogs") 2-5 in set two and Defendant's supplemental responses to Plaintiff's requests for production ("RFPs") 2 and 3 in set two are sufficient. The parties filed that further joint discovery letter brief at ECF No. 99.

In that brief, Plaintiff disputed that the responses to rogs 3, 4 and 5 are sufficient. Defendant disagreed that its response to rog 3 is deficient but also said it will provide a further supplemental response. Defendant stood on its responses to rogs 4 and 5.

As for RFPs 2 and 3, Plaintiff stated the responses are not sufficient. He observed there are no check-ins from December 8, 2021 to December 27, 2021, but there are notes in the system dated December 14 and 20, 2021, which imply he must have checked in. He also noted that the club identifier number is redacted. Plaintiff said he needs unredacted versions of the 2021 Bay Area check-ins. Defendant said it has produced all presently known documents related to Plaintiff's check-ins. Defendant said it is amenable to providing unredacted check-ins with a legend for the clubs, and Defendant proposed to do that by April 18, 2025. For RFP 3, Defendant proposed to produce what it has, if anything, by April 18, 2025.

Plaintiff also requested a deadline for Defendant to comply with the Court's discovery orders at ECF Nos. 90 and 94.

For the rogs, the Court will need to see Defendant's answers to rogs 3-5 to determine if they are sufficient. The Court understands Defendant may have supplemented its response to rog 3. For the RFPs, Defendant can only produce what it has. The Court finds that Plaintiff is entitled to unredacted check-ins and **ORDERS** Defendant to produce the check-ins without redactions if it has not done so already. April 18, 2025 was the close of fact discovery, and accordingly, the Court's discovery orders should certainly have been complied with by then.

Accordingly, the Court **ORDERS** the parties to file a further joint discovery letter brief by April 30, 2025 stating their views on whether Defendant's responses to rog 3 and RFPs 2 and 3 are now sufficient and attaching Defendant's responses to rogs 3-5 and RFPs 2 and 3.

**IT IS SO ORDERED.**

Dated: April 24, 2025

THOMAS S. HIXSON
United States Magistrate Judge