UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEVIN FLOYD,<br><br>    Plaintiff,<br><br>v.<br><br>SABER FITNESS HEGENBERGER, LLC,<br><br>    Defendant. | Case No. 24-cv-01278-TSH<br><br>**ORDER RE: MOTION FOR ISSUANCE OF SUBPOENA**<br><br>Re: Dkt. No. 138 |

Plaintiff Michael Devin Floyd has filed a motion for issuance of a subpoena for non-party Kathryn Zorb to testify at trial. ECF No. 138. However, a court order is not required for a subpoena to testify at trial. Instead, the request must be submitted directly to the Clerk of Court. *See* Fed. R. Civ. P. 45(a)(3) ("The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service."). Accordingly, Plaintiff's motion is **DENIED WITHOUT PREJUDICE** to submitting a request through the Clerk's Office pursuant to Rule 45.

    **IT IS SO ORDERED.**

Dated: October 16, 2025

                                                                                     THOMAS S. HIXSON<br>
                                                                                    United States Magistrate Judge