1  Michael Devin Floyd
2  2323 Broadway
   Oakland, CA 94612
3  E-mail: Mdf3039@gmail.com
   Telephone: (713) 562-7229

4  Michael Devin Floyd, IN PRO PER

5  Ronald Q. Tran (294873)
   Liam N. Gaarder-Feingold (345747)
6  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
7  San Francisco, California 94111-4615
   Telephone: (415) 394-9400
8  Facsimile: (415) 394-9401
   E-mail: Ronald.Tran@jacksonlewis.com
9  Liam.gaarderfeingold@jacksonlewis.com

10 Attorneys for Defendant
   SABER FITNESS HEGENBERGER, LLC
11

12                UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

14

| 15 | Michael Devin Floyd | Case No. 3:24-cv-01278-TSH |
|---|---|---|
| 16 | Plaintiff(s), | **JOINT STIPULATION AND [PROPOSED] ORDER TO PROCEED AS A BENCH TRIAL** |
| 17 | v. | |
| 18 | Saber Fitness Hegenberger, LLC | Removal Filed: 03/01/2025 |
| 19 | 27 Northwestern Drive Suite 2  Salem, NH 03079 | Trial Date: 1/12/2026 |
| 20 | Defendant(s). | |

21
22
23
24
25
26
27
28

1

Defendant SABER FITNESS HEGENBERGER, LLC ("Defendant") and Plaintiff MICHAEL D. FLOYD ("Plaintiff") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on November 12, 2025, the Court ordered the Parties to meet and confer and, if amenable to waiving a jury trial, file a stipulation consenting to a nonjury trial [ECF. No. 163];

WHEREAS, the Parties met and conferred and determined to waive the jury trial and proceed as a nonjury trial;

THEREFORE, the Parties stipulate and jointly request to proceed as a nonjury trial.

Dated:  November 20, 2025                           JACKSON LEWIS P.C.

By:  */s/Ronald Q. Tran*
Ronald Q. Tran
Attorneys for Defendant
SABER FITNESS HEGENBERGER, LLC

Dated:  November 20, 2025

By:  */s/ Michael Devin Floyd*
Michael Devin Floyd
Plaintiff, IN PRO PER

## **DECLARATION**

Pursuant to Local Rule 5-1(i)(3), I attest that Plaintiff Michael Devin Floyd has concurred in the filing of this document, the concurrence of which shall serve in lieu of Plaintiff's signature on the document.

Dated:  November 20, 2025                           JACKSON LEWIS P.C.

By:  */s/ Ronald Q. Tran*
Ronald Q. Tran
Liam Feingold Gaarder
Attorneys for Defendant
SABER FITNESS HEGENBERGER, LLC

2
JOINT STIPULATION AND [PROPOSED] ORDER
TO PROCEED AS A BENCH TRIAL                           Case No. 3:24-cv-01278-TSH

## [~~PROPOSED~~] ORDER

Based on the foregoing, and good cause appearing, the Court approves of the Parties' stipulation and hereby orders that this matter will proceed as a non-jury trial.

Dated: November 20, 2025          By: _____
                                      HON. THOMAS S. HIXSON
                                      United States Magistrate Judge