1  Michael Devin Floyd
   2323 Broadway
2  Oakland, CA 94612
   E-mail:  Mdf3039@gmail.com
3  Telephone:  (713) 562-7229

4  Michael Devin Floyd, IN PRO PER

5  Ronald Q. Tran (294873)
   Liam N. Gaarder-Feingold (345747)
6  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
7  San Francisco, California 94111-4615
   Telephone:  (415) 394-9400
8  Facsimile:  (415) 394-9401
   E-mail:  Ronald.Tran@jacksonlewis.com
9  Liam.gaarderfeingold@jacksonlewis.com

10 Attorneys for Defendant
   SABER FITNESS HEGENBERGER, LLC
11

12              UNITED STATES DISTRICT COURT

13     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15 Michael Devin Floyd | Case No. 3:24-cv-01278-TSH |
| 16       Plaintiff(s), | **STIPULATION AND [PROPOSED] INJUNCTION** |
| 17     v. | Removal Filed:   03/01/2025 |
| 18 Saber Fitness Hegenberger, LLC | Trial Date:     1/12/2026 |
| 19 27 Northwestern Drive Suite 2<br>Salem, NH 03079 | |
| 20       Defendant(s). | |

21

22

23

24

25

26

27

28

1

1    WHEREAS, Plaintiff Michael Devin Floyd ("Plaintiff") and Defendant Saber Fitness

2 Hegenberger, LLC ("Defendant") (collectively the "Parties") settled the instant action and

3 memorialized the core terms and conditions of the settlement agreement on the record on

4 November 24, 2025.  ECF 175.

5    WHEREAS, a material term of the settlement agreement included entering into a stipulated

6 injunction (the "Injunction") and making a joint request to the Court for entry of the Injunction.

7    THEREFORE, the Parties expressly agree to the following terms of the Injunction:

8    The Injunction will enjoin, prohibit, and otherwise forbid Plaintiff, for a term of ten (10)

9 years, from entering, using, applying for, or otherwise entering into a membership agreement with,

10 any and all Planet Fitness gyms owned or operated by Defendant, Taymax Group, L.P., and its

11 affiliated entities, including any past, present, and future direct or indirect parent organizations,

12 subsidiaries, divisions, successors, and assigns (collectively referred to herein as "Taymax

13 Entities").

14    The Injunction applies to any Planet Fitness gyms acquired by the Taymax Entities at any

15 point during the ten (10) year Injunction.

16    Taymax Group, L.P. and all Taymax Entities identified herein are express and intended

17 third party beneficiaries of this Injunction.

18    The Court shall retain jurisdiction for purposes of enforcement of the Parties' Injunction,

19 which includes the power to issue any lawful order it deems proper to enforce the injunction,

20 including, but not limited to, exercising its discretion to find the breaching party in contempt per

21 18 U.S.C. 401.

22

23 Dated:  December 19, 2025                    JACKSON LEWIS P.C.

24

25                                                           By:  /s/ _____
                                                                   Ronald Q. Tran
26                                                                 Attorneys for Defendant
                                                                   SABER FITNESS HEGENBERGER, LLC
27

28 Dated:  December 20, 2025

Joint Stipulation and [Proposed] Injunction                    Case No. 3:24-cv-01278-TSH

By:  /s/ *Michael Floyd*
Michael Devin Floyd
Plaintiff, IN PRO PER

**DECLARATION**

Pursuant to Local Rule 5-1(i)(3), I attest that Plaintiff Michael Devin Floyd has concurred in the filing of this document, the concurrence of which shall serve in lieu of Plaintiff's signature on the document.

Dated:  December 20, 2025                    JACKSON LEWIS P.C.


By:  /s/
Ronald Q. Tran
Liam Feingold Gaarder
Attorneys for Defendant
SABER FITNESS HEGENBERGER, LLC

3

Joint Stipulation and [Proposed] Injunction                    Case No. 3:24-cv-01278-TSH

1        [~~PROPOSED~~] **INJUNCTION**

2        Based on the foregoing, and good cause appearing, the Court approves of the Parties'

3    Stipulated Injunction and hereby makes the following Order:

4        The Injunction will enjoin, prohibit, and otherwise forbid Plaintiff, for a term of ten (10)

5    years, from entering, using, applying for, or otherwise entering into a membership agreement with,

6    any and all Planet Fitness gyms owned or operated by Defendant, Taymax Group, L.P., and its

7    affiliated entities, including any past, present, and future direct or indirect parent organizations,

8    subsidiaries, divisions, successors, and assigns (collectively referred to herein as "Taymax

9    Entities").

10       The Injunction applies to any Planet Fitness gym acquired by the Taymax Entities at any

11   point during the ten (10) year Injunction.

12       All Taymax Entities identified herein are express and intended third party beneficiaries of

13   this Injunction.

14       The Court shall retain jurisdiction for purposes of enforcement of the Parties' Injunction,

15   which includes the power to issue any lawful order it deems proper to enforce the injunction,

16   including, but not limited to, exercising its discretion to find the breaching party in contempt per

17   18 U.S.C. 401.

18   **IT IS SO ORDERED.**

19   Dated: December 22, 2025        By: _____

20                                       HON. THOMAS S. HIXSON
                                         United States Magistrate Judge

4

Joint Stipulation and [~~Proposed~~] Injunction                    Case No. 3:24-cv-01278-TSH