Michael Devin Floyd
2323 Broadway
Oakland, CA 94612
mdf3039@gmail.com
(713)562-7229

Michael Devin Floyd, IN PRO PER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Devin Floyd | ) Case No.: 3:24-cv-01278-TSH |
| | ) |
| Plaintiff(s), | ) **[Proposed]Stipulated Order for Dismissal** |
| | ) **of Case After Settlement** |
| vs. | ) |
| | ) |
| | ) Date: --- |
| Saber Fitness Hegenberger, LLC | ) Time: --- |
| | ) Dept: Courtroom E – 15th Floor |
| Defendant(s). | ) Judge: Hon. Thomas S. Hixson |
| | ) Trial Date: --- |
| | ) Action Filed: March 1, 2024 |
| | ) |

Plaintiff Michael Devin Floyd and Defendant Saber Fitness Hegenberger, LLC agreed to settlement terms on November 24, 2025. (ECF No. 175). All terms of settlement are now complete and both parties request this Court to dismiss this case with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(II). The parties acknowledge that this Court retains jurisdiction as it relates to the enforcement of the Stipulated Injunction filed by the parties.

DATE: __March 24, 2026_____

_Michael Floyd_ _____

Plaintiff Michael Devin Floyd

DATE: March 26, 2026

_____

_Ronald Tran_ _____

Ronald Q. Tran
Liam N. Gaarder-Feingold
Attorneys for
Defendant Saber Fitness
Hegenberger, LLC

This case is dismissed with prejudice after settlement.

IT IS SO ORDERED.

_T.M. Hixson_ _____

Date: March 27, 2026

Thomas S. Hixson

U.S. Magistrate Judge

3:24-cv-01278-TSH
[Proposed]Stipulated Order for Dismissal of Case After Settlement